# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Scott Roman Parizek,<br><br>        Plaintiff,<br><br>vs.<br><br>Ward County, et. al.,<br><br>        Defendant. | **ORDER RE PRETRIAL**<br>**SCHEDULING/ DISCOVERY PLAN**<br><br>Case No. 1:18-cv-110 |

The Plaintiff is presently incarcerated at the North Dakota State Penitentiary in Bismarck, North Dakota. In lieu of conducting an initial pretrial scheduling/discovery conference in this case pursuant to Rule 16(b) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that each of the parties shall submit to the court a proposed pretrial plan by May 6, 2019. The proposed pretrial plan should cover any applicable items listed in the attached sample as well as any other items appropriate in this case. All deadlines in the proposed pretrial plan must lapse within fourteen months of the date of filing of the complaint in this case. The plans should not be filed with the court, but submitted to the Magistrate Judge at P.O. Box 670, Bismarck, ND 58502-670 or emailed to ndd_J-Hochhalter@ndd.uscourts.gov. Upon receipt and review of the proposed plans, the Magistrate Judge will enter a pretrial case management plan and will schedule the trial for this matter.

Dated this 1st day of April, 2019.

                                                  */s/ Clare R. Hochhalter*
                                                  Clare R. Hochhalter, Magistrate Judge
                                                  United States District Court